EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | Queja |
|---|---|
| In re:<br><br>Héctor Collazo Maldonado<br>y Nelson Rivera Cabrera | 2003 TSPR 77<br><br>159 DPR _____ |

Número del Caso: CP-1998-9

Fecha: 9 de mayo de 2003

Oficina del Procurador General:

      Lcda. Yvonne Casanova Pelosi
      Procuradora General Auxiliar

Abogados de la Parte Querellada:

      Lcda. María Elena Vázquez Graziani
      Lcdo. Virgilio Machado Avilés

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Héctor Collazo Maldonado
Nelson Rivera Cabrera                    CP-1998-9

RESOLUCION

San Juan, Puerto Rico, a 9 de mayo de 2003

A las mociones de reconsideración, radicadas por Héctor Collazo Maldonado y Nelson Rivera Cabrera, de fechas 11 y 15 abril respectivamente, se provee no ha lugar a ambas.

Por haber transcurrido el término de suspensión decretado, se ordena la reinstalación de Héctor Collazo Maldonado al ejercicio de la profesión, efectivo el 15 de mayo de 2003.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Hernández Denton no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo